APRIL 27, 1953.

No. 662. DARBY *v.* CALIFORNIA. Appeal from the District Court of Appeal of California, Second Appellate District. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Bates Booth* for appellant. *Edmund G.*

*Brown,* Attorney General of California, *Frank W. Richards,* Assistant Attorney General, and *Dan Kaufmann,* Deputy Attorney General, for appellee.